**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION**

| | | |
|---|---|---|
| GLOBAL ARCHERY PRODUCTS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 1:16-cv-00019-JVB-SLC |
| | ) | |
| ASHLEIGH RENEE  FIRGAIRA, | ) | |
| ARCHERY SPORTS, and ARCHERY | ) | |
| ATTACK | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' MOTION TO DISMISS WITH PREJUDICE
PLAINTIFF'S SECOND AMENDED COMPLAINT UNDER FRCP
12(b)(2) AND ALTERNATIVE MOTION TO DISMISS WITH  PREJUDICE
PLAINTIFF'S SECOND AMENDED COMPLAINT UNDER FRCP 12(b)(6)**

COME NOW Defendants, Ashleigh Renee Firgaira, Archery Sports, and Archery Attack, and, pursuant to Federal Rule of Civil Procedure 12(b)(2), move to dismiss with prejudice Plaintiff's Second Amended Complaint for the reason that the Court lacks jurisdiction over the persons of the Defendants.  In the alternative, should the Court determine it does have personal jurisdiction over the Defendants, the Defendants move to dismiss with prejudice the Plaintiff's Second Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) for the reason that the Second Amended Complaint fails to state a claim against the Defendants upon which relief can be granted.

In further support of the Defendants' Motion, and in compliance with N.D. Ind. L.R. 7-1(b)(1), the Defendants submit their brief in support.

WHEREFORE, Defendants, Ashleigh Renee Firgaira, Archery Sports, and Archery Attack, pray this Court will dismiss the Plaintiffs' Second Amended Complaint with

prejudice as brought against Defendants over which this Court has no jurisdiction or, alternatively, as failing to state a claim for which relief can be granted, and pray the Court will grant them all other just and proper relief.

Respectfully submitted,

BARRETT MCNAGNY LLP

By  /s/ Jeremy N. Gayed
      Jeremy N. Gayed, #27551-35
      215 East Berry Street
      Fort Wayne, Indiana  46802
      Tel: (260) 423-9551
      Fax: (260) 423-8920
      Email: jng@barrettlaw.com

*Attorneys for Defendants Ashleigh Renee Firgaira, Archery Sports, and Archery Attack*

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th of June, 2016, the foregoing document was filed electronically through the Court's CM/ECF system. Notice and a copy of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

      /s/ Jeremy N. Gayed
      Jeremy N. Gayed